

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00256-CV

———————————————

IN RE J.B., Relator

———————————————

Original Proceeding
325th District Court of Tarrant County, Texas
Trial Court No. 325-692724-20

———————————————

Before Wallach, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, the record, real party in interest's response, and relator's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied and our August 24, 2021 order to stay is hereby vacated.

Per Curiam

Delivered: September 24, 2021